NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREEN EMERALD HOMES, LLC,  )
                                         )
      Appellant,  )
                                         )
v.  )      Case No. 2D17-3114
                                         )
JP MORGAN CHASE BANK NATIONAL  )
ASSOCIATION,  )
                                         )
      Appellee.  )
                                         )

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Pasco
County; Kimberly Sharpe Byrd, Judge.

Mark P. Stopa of Stopa Law Firm, Tampa,
(withdrew after briefing), for Appellant.

W. Aaron Daniel, Elliot B. Kula and William
D. Mueller of Kula & Associates, Miami,
for Appellee.

PER CURIAM.

           Affirmed.

KHOUZAM, SLEET, and LUCAS, JJ., Concur.